Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141
tew@warrinerlaw.com

Attorney for defendant,
Jose Jesus Reyes-Gallaga Vargas

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSE JESUS REYES-GALLAGA VARGAS,<br><br>　　　　Defendant. | Case No. 11-cr-00459-KJM<br><br>NOTICE OF ATTORNEY APPEARANCE AND REQUEST FOR APPOINTMENT OF COUNSEL |

Mr. Vargas has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and has requested appointment of counsel. The Office of the Federal Defender has contacted the undersigned counsel concerning serving as Mr. Vargas's court appointed lawyer for the purpose of his motion. Counsel has agreed to represent Mr. Vargas as his court appointed counsel and hereby requests that the court enter counsel's appearance and that counsel be appointed.

DATED: February 12, 2015　　　　　/s/ Timothy E. Warriner, Attorney for Defendant,
　　　　　　　　　　　　　　　　　　Jose Jesus Reyes-Gallaga Vargas

IT IS SO ORDERED

Dated:  February 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1