Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Jose Jesus Reyes-Gallaga Vargas

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSE JESUS REYES-GALLAGA VARGAS,<br><br>        Defendant | Case No. CR S 11-cr-00459 KJM<br><br>STIPULATED MOTION AND [proposed] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) |

Defendant, Jose Jesus Reyes-Gallaga Vargas, by and through his attorney, Timothy E.

Warriner, and plaintiff, United States of America, by and through its counsel, Assistant U.S.

Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in

   the case of a defendant who has been sentenced to a term of imprisonment based on a

   sentencing range that has subsequently been lowered by the Sentencing Commission

   pursuant to 28 U.S.C. § 994(o);

2. On December 4, 2013, this Court sentenced Mr. Vargas to a term of imprisonment of 120

   months on Count 1, and a term of 60 months on Count 5, to be served concurrently for a

   total term of 120 months;

1

3.   Mr. Vargas's original base offense level was 34, a 2-level increase was imposed due to the possession of a firearm, resulting in an adjusted offense level of 36. A 3-level reduction for acceptance of responsibility was given, resulting in a total offense level of 33. The court found Mr. Vargas to have a criminal history category of I. The resulting guideline range for Count 1 was 135 to 168 months. The court varied from the guidelines range by 15 months, imposing a sentence for Count 1 of 120 months.

4.   The sentencing range applicable to Mr. Vargas was subsequently lowered by the United States Sentencing Commission. His new base offense level is 32, his new total offense level is 31, and with a criminal history category of I, his new resulting guideline range is 108 to 135 months.

5.   Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Vargas's term of imprisonment for Count 1 to a term of 108 months. It is further stipulated that the 60 month term for Count 2 shall run concurrent.

DATED: February 5, 2016                    /s/ Timothy E. Warriner, Attorney for Defendant, Jose Vargas

DATED: February 5, 2016                    /s/ Jason Hitt, Assistant U.S. Attorney


ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On December 4, 2013, the Court sentenced Mr. Vargas to a term of 120 months for Count 1 and 60 months for Count 2 to run concurrent. The parties agree, and the Court finds, that Mr. Vargas is entitled to the benefit of the retroactive amendment reducing the drug guidelines, which reduces the applicable offense level from 33 to 31.

1    IT IS HEREBY ORDERED that the term of imprisonment is reduced to a term of 108

2  months.

3    IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

4  remain in effect.

5    Unless otherwise ordered, Mr. Vargas shall report to the United States Probation office

6  closest to the release destination within seventy-two hours after his release.

7  DATED: February 10, 2016

8

9

10                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26